**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLIED BIOLOGICS LLC, <br><br> Plaintiff <br><br> v. <br><br> BERNARD ADDO-QUAYE, <br><br> Defendant | Case No.: 2:25-cv-01951-APG-EJY <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendant Bernard Addo-Quaye's certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship

I FURTHER ORDER that plaintiff Applied Biologics LLC's certificate of interested parties (ECF No. 14) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the plaintiff's citizenship as required by that rule because it does not identify the principal place of business for plaintiff's sole member, Aspen Biotech Corporation.

I FURTHER ORDER these parties to file a proper certificate of interested parties by January 26, 2026.

DATED this 13th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE