John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com

Michael Galen (*Admitted Pro Hac Vice*)
Madison Burr (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
2325 E. Camelback Rd., Suite 900
Phoenix, AZ 85016
(T) 602-735-2700
(F) 602-926-2471
Galen.michael@dorsey.com
Burr.madison@dorsey.com

*Attorneys for Plaintiff Applied Biologics LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ADDO-QUAYE, an individual;<br><br>Defendant. | Case No. 2:25-cv-01951-APG-EJY<br><br>**SECOND STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S COUNTERCLAIM** |

Plaintiff Applied Biologics LLC ("Plaintiff") and Defendant Bernard Addo-Quaye ("Defendant"), by and through their undersigned counsel, hereby stipulate that Plaintiff's deadline to respond to Defendant's Counterclaim, filed July 15, 2026 [Dkt. No. 28], shall be extended one (1) week from August 12, 2026 to August 19, 2026. Good cause exists to extend this deadline – the parties are currently engaged in discussions to resolve the above-referenced matter and all claims asserted therein, and the requested one (1) week extension preserves resources for all parties and the

Court, and will not unduly delay this proceeding. Accordingly, the parties respectfully request that Plaintiff's deadline to respond to Defendant's Counterclaim be extended one (1) week, from August 12, 2026 to August 19, 2026.

Dated: August 12, 2026

THE LAW OFFICES OF TIMOTHY ELSON

By: */s/ Timothy Elson (w/ permission)*
Timothy P. Elson
Nevada Bar No. 11559
8965 S. Eastern Ave., Suite 382
Las Vegas, NV 89123

*Attorneys for Defendant Bernard Addo-Quaye*

DORSEY & WHITNEY

By: */s/ Madison Burr*
Michael Galen (*Admitted pro hac vice*)
Madison Burr (A*dmitted pro hac vice*)
2325 E. Camelback Rd., Suite 900
Phoenix, AZ 85016

NAYLOR & BRASTER
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for Plaintiff Applied Biologics LLC*

IT IS SO ORDERED.

Dated this 13th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



4909-4631-6743\1