John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com

*Attorneys for Plaintiff Applied Biologics LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ADDO-QUAYE, an individual;<br><br>Defendant. | Case No. 2:25-cv-01951-APG-EJY<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Applied Biologics LLC and Defendant Bernard Addo-Quaye, hereby stipulate and represent to the Court that the parties have reached an agreement to dismiss, *without prejudice*, the Complaint [ECF No. 1] and the Counterclaim [ECF No. 28], and any claims arising thereunder as of the dates the respective pleadings were filed, with each party bearing its own attorneys' fees and costs incurred herein in relation thereto.

**IT IS SO STIPULATED.**

Dated: November 5, 2026.

NAYLOR & BRASTER

*/s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for Plaintiff Applied Biologics LLC*

THE LAW OFFICES OF TIMOTHY ELSON

*/s/ Timothy P. Elson (w/ permission)*
Timothy P. Elson
Nevada Bar No. 11559
8965 S. Eastern Ave., Suite 382
Las Vegas, NV 89123

*Attorneys for Defendant Bernard Addo-Quaye*

**ORDER**

Pursuant to the stipulation of Plaintiff Applied Biologics LLC and Defendant Bernard Addo-Quaye, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED THAT ALL CLAIMS IN THIS ACTION BETWEEN THEM BE, AND HEREBY ARE, DISMISSED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 6, 2026